# **EXHIBIT A**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| **BLUESKYGREENLAND**<br>**ENVIRONMENTAL SOLUTIONS, L.L.C.** | § | |
| | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| | § | **C.A. No. _____** |
| v. | § | |
| | § | |
| | § | |
| **RENTAR ENVIRONMENTAL** | § | |
| **SOLUTIONS, INC. AND OTHERS** | § | |
| | § | |
| *Defendants.* | § | |
| | § | |

---

**DEFENDANTS 21ST CENTURY PLANET FUND LLC, AND GREGORY E. GEORGAS'S INDEX
OF MATTERS BEING FILED**

---

1. Defendants 21st Century Planet Fund L.L.C. and Gregory E. Georgas' Notice of Removal;

2. Civil Cover Sheet;

3. Certified Copy of the State Court Records, including the Original Petition, Original Answer, and the Citation of Service; and

4. List of all Counsel of Record as required by Local Rule 81.