- 10 -

# EXHIBIT C

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BLUESKYGREENLAND ENVIRONMENT SOLUTIONS, L.L.C.<br><br>*Plaintiff,*<br><br>vs.<br><br>RENTAR ENVIRONMENTAL SOLUTIONS, INC. AND OTHERS<br><br>*Defendants.* | §§§§§§§§§§§§§§§§ C.A. No. _____ |

## COUNSEL OF RECORD

Pursuant to Local Rule 81, Defendants 21st Century Planet Fund L.L.C. and Gregory E. Georgas file this list of all known counsel of record in connection with the removal of this action:

Stephen E. Menn
P.O. Box 572774
Houston, TX 77257-2774
FAX 713-780-2352
Texas Bar No. 13942200

COUNSEL FOR PLAINTIFF
BLUESKYGREENLAND ENVIRONMENTAL SOLUTIONS L.L.C.

Vijay A. D'Cruz
Christopher Verducci
LOCKE LORD BISSELL & LIDDELL LLP
2800 JP Morgan Chase Tower
600 Travis Street
Houston, Texas  77002
Telephone:  (713) 226-1200
Facsimile:   (713) 223-3717

COUNSEL FOR DEFENDANTS
21ST CENTURY PLANET FUND L.L.C. AND GREGORY E. GEORGAS

Michael P. Hoban
201 S. Narcissus Ave, Penthouse 3
West Palm Beach, FL 33401
Telephone: (561) 805-6522

APPEARING PRO SE

Ravi Kumar Tangirala
2210 Los Pueblos Lane, Apt. #203
Falls Church, VA 22043-2281
Telephone: (603) 742-0408

APPEARING PRO SE

Rentar Environmental Solutions Inc.
Joel Ratner (President)
11586 Pierson Road,
West Palm Beach, Florida 33414
(561) 790-0093

COUNSEL UNKNOWN AT THIS TIME

Venkat Kumar Tangirala
2210 Los Pueblos Lane, Apt. #203
Falls Church, VA 22043-2281

COUNSEL UNKNOWN AT THIS TIME