

# LLB&L
## Locke Lord Bissell & Liddell LLP
Attorneys & Counselors

2800 JPMorgan Chase Tower, 600 Travis
Houston, Texas 77002-3095
Telephone: 713-226-1200
Fax: 713-223-3717
www.lockelord.com

Vijay D'Cruz
Direct Telephone: 713-226-1551
Email: vdcruz@lockelord.com

May 6th, 2011

**VIA ELECTRONIC FILING**
David Bradley
United States District Clerk for
The Southern District of Texas,
Houston Division
David J. Bradley
P. O. Box 61010
Houston, TX 77208

Re:   Civil Action No. _____; *Blueskygreenland Environmental Solutions, L.L.C. v. Rentar Environmental Solutions, Inc. and others*;  In the United States District Court for the Southern District of Texas, Houston Division

Dear Mr. Bradley:

Enclosed please find the original and one copy of the following documents:

1. **Defendants 21st Century Planet Fund L.L.C. and Gregory E. Georgas' Notice of Removal;**

2. **Civil Cover Sheet;**

3. **Certified Copy of the State Court Records, including the Original Petition, Original Answer, and the Citation of Service; and**

4. **Other documents required by Local Rule 81.**

By copy of this letter, counsel of record is being notified of this filing and served with a copy of the above-referenced document.

Thank you for your assistance in this matter.

- 1 -

HOU 1493841

- 2 -

Respectfully submitted,

_Vijay D'Cruz  # by permission CV_
Vijay D'Cruz

cc: Christopher Verducci (firm)
    Stephen E. Menn (Counsel for Plaintiff)
    Michael P. Hoban (Appearing Pro Se)
    Ravi Kumar Tangirala (Appearing Pro Se)
    Michael Delfino (Registered Agent for Defendant Rentar Environmental Solutions, Inc.)
    Venkat Kumar Tangirala (Defendant)

HOU 1493841